IN THE SUPREME COURT OF TEXAS

 No. 08-0531

 IN RE INTERNATIONAL PROFIT ASSOCIATES, INC., INTERGRATED BUSINESS
 ANALYSIS, INC., ACCOUNTANCY ASSOCIATES, LLC., INTERNATIONAL TAX ADVISORS,
 INC., AND HUEY MITCHELL, JR.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed March 6,
2009, is granted. All trial court proceedings in Cause No. 07-01597-E,
styled Riddell Plumbing, Inc. v. International Profit Associates, Inc.,
Integrated Business Analysis, Inc., International Tax Advisors, Inc.,
Accountancy Associates, LLC and Huey P. Mitchell, Jr., in the County Court
at Law No 5 of Dallas County, Texas, are stayed pending further order of
this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this March 11, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk